400 A.2d 609

Commonwealth v. Jackson, Appellant.

Petition for Allowance of Appeal Denied April 16, 1979.

Argued December 4, 1978. Robert Silverman, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.